**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| RUSSELL R. GEORGE, | : | Civil Action No. 09-4213 (RBK) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| PAUL SHULTZ, Warden, | : | |
| Respondent. | : | **CLOSED** |

For the reasons set forth in the Opinion filed herewith,

IT IS on this   19th   day of     May    , 2010,

ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that Respondent shall permit Petitioner, at his discretion, to institute a new administrative remedy request, with respect to the most recent calculation of his sentence as described in Respondent's Answer, by filing a BP-9 with the Warden of FCI Fairton within 30 days after entry of this Order; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter.

s/Robert B. Kugler
Robert B. Kugler
United States District Judge